U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

NOV 15 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**CAREY VALLIER, JR.**　　　　　　　　　　　**CIVIL ACTION 11-02095**

**VERSUS**　　　　　　　　　　　**JUDGE RICHARD T. HAIK, SR**

**RICHLAND PARISH**　　　　　　　　**MAGISTRATE JUDGE HILL**
**DETENTION CENTER**

## JUDGMENT

Carey Vallier, Jr.'s Petition for Writ of Habeas Corpus Pursuant to Title  28 U.S.C. § 2254 [Rec. Doc. 1] was referred to United States Magistrate Judge C. Michael Hill for report and recommendation.  After an independent review of the record, and noting that no objections have been filed[1], this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Carey Vallier, Jr.'s Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2254 is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** on this 15th day of November, 2013 in Lafayette, Louisiana.

_____
Richard T. Haik, Sr.
United States District Judge

---

[1] On October 2, 2013, the Court granted Vallier's Motion to extend his deadline to file a response to November 4, 2013. *R. 41, 42.*